UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BARON MONTERO JONES,            Civil No. 11-2501 JNE/AJB

      Petitioner,

      v.            O R D E R

STATE OF MINNESOTA,

      Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 28, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED**.

DATED: Oct. 18, 2011.

                                            s/ Joan N. Ericksen
                                            Judge Joan N. Ericksen
                                            U. S. District Court